1

2

3                                    UNITED STATES DISTRICT COURT

4                                          DISTRICT OF NEVADA

5    UNITED STATES OF AMERICA,            )    Case No.  3:10-cv-00155-RCJ-RAM
                                          )
6           Plaintiff,                    )
                                          )
7    v.                                   )
                                          )
8    MANDY REED,                          )    **JUDGMENT IN A CIVIL CASE**
     a/k/a MANDY CROSSETTI,               )
9                                         )
            Defendant.                    )
10   _____)

11          This action came to be considered before the Court.  The issues have been considered and

12   a decision has been rendered.

13          On March 18, 2010, the United States of America ("United States") filed this action

14   against Mandy Reed a/k/a Mandy Crossetti ("Defendant"), asserting violations of the False

15   Claims Act for knowingly presenting a false or fraudulent claim for payment or approval, 31

16   U.S.C. § 3729(a)(1)(A), and knowingly making a false record or statement material to a false or

17   fraudulent claim, 31 U.S.C. § 3729(a)(1)(B).  (#1).  The United States' complaint also asserted

18   claims for unjust enrichment and payment by mistake.  (#1).

19          Defendant was served with the complaint on May 12, 2010.  (#3).  The Clerk entered a

20   default against Defendant on July 2, 2010.  (#6).  On May 24, 2011, the United States moved for

21   entry of a default judgment against Defendant.  (#7).

22          IT IS ORDERED AND ADJUDGED that the United States' Motion for Entry of Default

23   Judgment (#7) is granted as to the claims for unjust enrichment and payment by mistake but

24   denied as to the claims for violations of the False Claims Act: knowingly presenting a false or

25   fraudulent claim for payment or approval, 31 U.S.C. § 3729(a)(1)(A), and knowingly making a

26   false record or statement material to a false or fraudulent claim, 31 U.S.C. § 3729(a)(1)(B).

IT IS FURTHER ORDERED AND ADJUDGED that, in accordance with 31 U.S.C. § 3729(a)(1), judgment shall be entered in favor of Plaintiff in the amount of $14,179.00 for single damages plus a civil penalty of $5,500.00 for a total judgment of $19,679.00.

DATED this 7th day of December, 2011.

_____
ROBERT C. JONES
Chief Judge, United States District Court